UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK LEE YOUNG,
    Plaintiff,

vs.                                                    Case No.: 3:22cv3573/LAC/ZCB

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate of the Florida Department of Corrections, commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On May 11, 2022, the Court granted Plaintiff's motion to proceed *in forma pauperis*, assessed an initial partial filing fee (IPFF) in the amount of $3.67 under 28 U.S.C. § 1915(b)(1), and directed Plaintiff to pay the IPFF within thirty days. (Doc. 9). The Court also instructed Plaintiff that his "[f]ailure to pay the initial partial filing fee as instructed may result in dismissal of this action." (*Id*. at 3).

Plaintiff did not pay the IPFF within the time allowed. Therefore, on July 28, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 13). The time for compliance with the show cause order has expired, and Plaintiff has neither responded to the order nor paid the IPFF.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

At Pensacola, Florida, this 23rd day of September 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**This case was referred to the undersigned for the issuance of all preliminary orders and any recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**